

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARIL MARTIN GONZALES (01) | NO. 1:24-cr-048-H |

INDICTMENT

The Grand Jury Charges:

Count One
Possession and Attempted Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

From on or about November 7, 2023 to on or about July 15, 2024, in the Abilene Division of the Northern District of Texas, and elsewhere, **Daril Martin Gonzales**, defendant, did knowingly possess and attempt to possess materials, which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(C), and which were produced using materials that had been mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer.

Specifically, **Daril Martin Gonzales**, possessed and attempted to possess the following visual depictions that had been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct:

| Device | File Name | Visual Depiction |
|---|---|---|
| Toshiba Portable Storage Device, serial number 73OQP32PTVBH | 650a6b77bfcde69de4b15cdca78a4961.mp4 | A video that is 49 seconds long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed Child Victim 1's face onto the female's body in the video. Child Victim 1 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. |
| Toshiba Portable Storage Device, serial number 73OQP32PTVBH | 479c40e514e280c3d6fbc46abefd35f7.mp4 | A video that is 59 seconds long of a nude female who is placing an item into her vagina from various positions. The defendant modified and adapted the video. The defendant superimposed Child Victim 2's face onto the female's body in the video. Child Victim 2 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. |
| Toshiba Portable Storage Device, serial number 73OQP32PTVBH | 4914159d5ad8f873b5030098f511d566.mp4 | A video that is 58 seconds long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed Child Victim 3's face onto the female's body in the video. Child Victim 3 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. |

| Toshiba Portable Storage Device, serial number 73OQP32PTVBH | 8c7d4ab9ef1da47b95100af729ba451d.mp4 | A video that is 59 seconds long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed Child Victim 4's face onto the female's body in the video. Child Victim 4 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. |
|---|---|---|
| Toshiba Portable Storage Device, serial number 73OQP32PTVBH | 54ce6c4ec274da36527e4bfa43db2c69.mp4 | A video that is one minute long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed Child Victim 6's face onto the female's body in the video. Child Victim 6 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. |
| Toshiba Portable Storage Device, serial number 73OQP32PTVBH | download.jpeg-2.jpg | This is a photo of Child Victim 7's face with an AI generated nude body. Child Victim 7 is a minor. The defendant modified and adapted Child Victim 7's body from clothed to a lascivious exhibition of her genitals and pubic area. |
| Samsung S22 Ultra, IMEI 350962378339300 | f1f9e0d4881a0f8640785261b0b6e352cd0eda5881a5af51b137bfe08beb3fad.0 | This is a photo of Child Victim 8's face with an AI generated nude body. Child Victim 8 is a minor. The defendant modified and adapted Child Victim 8's body from clothed to a lascivious exhibition of her genitals and pubic area. |

| Toshiba Portable Storage Device, serial number 73OQP32PTVBH | result-7.png | This is a photo of Child Victim 9's face with an AI generated nude body. Child Victim 9 is a minor. The defendant modified and adapted Child Victim 9's body from clothed to a lascivious exhibition of her genitals and pubic area. |

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## Count Two
### Possession and Attempted Possession of an Obscene Visual Representation of a Child
### (Violation of 18 U.S.C. §§ 1466A(b)(1) and 2252A(b)(2))

On or about October 23, 2023, in the Abilene Division of the Northern District of Texas, and elsewhere, **Daril Martin Gonzales**, defendant, did knowingly possess and attempt to possess a visual depiction that depicts a minor engaging in sexually explicit conduct and is obscene, which was produced using materials that had been mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer.

Specifically, **Daril Martin Gonzales**, possessed and attempted to possess the following visual depiction:

| Device | File Name | Visual Depiction |
|---|---|---|
| Toshiba Portable Storage Device, serial number 73OQP32PTVBH | C9c8af73e98eb6e10491edc4246e9df6.mp4 | A video that is 59 seconds long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed a minor's face onto the female's body in the video. The video appears to depict a minor, between the ages of eight and twelve years old, engaged in sexual intercourse with an adult male. |

In violation of Title 18, United States Code, Sections 1466A(b)(1) and 2252A(b)(2).

## Forfeiture Notice
(18 U.S.C. §§ 2253 & 1467)

Upon conviction of the offenses alleged in Counts One and Two, and pursuant to 18 U.S.C. §§ 2253 & 1467, defendant, **Daril Martin Gonzales,** shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any obscene material described in Section 1467, and any book, magazine, periodical, film, videotape, or other matter which contains any such obscene material, which was produced, transported, mailed, shipped or received in violation of Section 1466A; (c) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the indictment; and (d) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the indictment or any property traceable to such property.

The above-referenced property subject to forfeiture includes but is not limited to a Toshiba Portable Storage Device, serial number 73OQP32PTVBH and a Samsung S22 Ultra, IMEI 350962378339300.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
WHITNEY OHLHAUSEN
Assistant United States Attorney
Arkansas State Bar No. 2017137
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6700
E-mail: whitney.ohlhausen@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.

DARIL MARTIN GONZALES (01)

INDICTMENT

COUNT 1: POSSESSION & ATTEMPTED POSSESSION OF CHILD PORNOGRAPHY INVOLVING A PREPUBESCENT MINOR
Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2)

COUNT 2: POSSESSION & ATTEMPTED POSSESSION OF AN OBSCENE VISUAL REPRESENTATION OF A CHILD
Title 18, United States Code, Sections 1466A(b)(1) and 2252A(b)(2)

FORFEITURE NOTICE

(2 COUNTS + FORFEITURE)

A true bill rendered:

FORT WORTH _____ Foreperson
Filed in open court this 9th day of October 2024.

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE