FILED - USDC - NDTX - AB
JAN 30 2025 AM9:56

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.                                                      NO. 1:24-CR-0048-H

DARIL MARTIN GONZALES

## FACTUAL RESUME

In support of Daril Martin Gonzales's plea of guilty to the offenses in Count One

and Count Two of the Indictment, Gonzales, the defendant, Jacob Austin Blizzard, the

defendant's attorney, and the United States of America (the government) stipulate and

agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offenses alleged in Count One and Count Two of the Indictment,

charging a violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2), that is, Possession

and Attempted Possession of Child Pornography, and 18 U.S.C. § 1466A(b)(1) and

2252A(b)(2), that is, Possession and Attempted Possession of an Obscene Visual

Representation of a Child, the government must prove each of the following elements

beyond a reasonable doubt:

Daril Martin Gonzales
Factual Resume—Page 1

## Count 1

### Possession and Attempted Possession of Child Pornography

*First.*  That the defendant knowingly possessed or attempted to possess materials that contain images of child pornography, as alleged in the indictment;

*Second.*  That the materials were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce, by any means, including by computer.; and

*Third.*  That when the defendant possessed the materials, the defendant knew the materials were or contained child pornography.

## Count 2

### Possession and Attempted Possession of an Obscene Visual Representation of a Child

*First.*  That the defendant knowingly possessed a visual depiction;

*Second.*  The visual depiction depicts a minor engaging in sexually explicit conduct; and

*Third.*  The visual depiction is obscene; and

*Fourth.*  The defendant knew at the time of possession the general nature of the contents of the visual depiction; and

*Fifth.*  The visual depiction involved in the offense was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce, by any means, including by computer.

The term "computer" means an electronic, magnetic, optical, electrochemical, or other high-speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communication facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand-held calculator, or other similar device.

Daril Martin Gonzales
Factual Resume—Page 2

The term "child pornography" means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct [where such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct].

The term "minor" means any person under the age of eighteen years.

"Visual depiction" includes undeveloped film and videotape, data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

"Sexually explicit conduct" means actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the anus, genitals, or pubic area of any person.

"Sexually explicit conduct" also means graphic sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; or lascivious simulated sexual intercourse where the genitals, breast, or public area of any person is exhibited; graphic or lascivious simulated bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the anus, genitals, or pubic area of any person.

## STIPULATED FACTS

1.      Daril Martin Gonzales (Gonzales) admits and agrees that, from on or about November 7, 2023 to on or about July 15, 2024, he did knowingly possess or attempt to possess materials, which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(C), and were produced using materials that had been mailed, shipped, or transported using any means and facility of, or in and affecting interstate or foreign commerce, by any means, including by computer.

Daril Martin Gonzales
Factual Resume—Page 3

2.    Specifically, Gonzales admits that he possessed or attempted to possess the following visual depictions that had been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct:

a.    File name: 650a6b77bfcde69de4b15cdca78a4961.mp4. A video that is 49 seconds long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed Child Victim 1's face onto the female's body in the video. Child Victim 1 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. Located on his Toshiba Portable Storage Device, serial number 73OQP32PTVBH.

b.    File name: 479c40e514e280c3d6fbc46abefd35f7.mp4. A video that is 59 seconds long of a nude female who is placing an item into her vagina from various positions. The defendant modified and adapted the video. The defendant superimposed Child Victim 2's face onto the female's body in the video. Child Victim 2 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. Located on his Toshiba Portable Storage Device, serial number 73OQP32PTVBH.

c.    File name: 4914159d5ad8f873b5030098f511d566.mp4. A video that is 58 seconds long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The

defendant superimposed Child Victim 3's face onto the female's body in the video. Child Victim 3 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. Located on his Toshiba Portable Storage Device, serial number 73OQP32PTVBH.

d. File name: 8c7d4ab9ef1da47b95100af729ba451d.mp4. A video that is 59 seconds long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed Child Victim 4's face onto the female's body in the video. Child Victim 4 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. Located on his Toshiba Portable Storage Device, serial number 73OQP32PTVBH.

e. File name: 54ce6c4ec274da36527e4bfa43db2c69.mp4. A video that is one minute long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed Child Victim 6's face onto the female's body in the video. Child Victim 6 is a minor under the age of 18 years old. The video appears to depict a minor engaged in sexual intercourse with an adult male. Located on his Toshiba Portable Storage Device, serial number 73OQP32PTVBH.

f.  File name: download.jpeg-2.jpg. This is a photo of Child Victim 7's face with an AI generated nude body. Child Victim 7 is a minor. The defendant modified and adapted Child Victim 7's body from clothed to a lascivious exhibition of her genitals and pubic area. Located on his Toshiba Portable Storage Device, serial number 73OQP32PTVBH.

g.  File name: f1f9e0d4881a0f8640785261b0b6e352cd0eda5881a5af51b137bfe08beb3fad.0. This is a photo of Child Victim 8's face with an AI generated nude body. Child Victim 8 is a minor. The defendant modified and adapted Child Victim 8's body from clothed to a lascivious exhibition of her genitals and pubic area. Located on his Samsung S22 Ultra, IMEI 350962378339300.

h.  File name: result-7.png. This is a photo of Child Victim 9's face with an AI generated nude body. Child Victim 9 is a minor. The defendant modified and adapted Child Victim 9's body from clothed to a lascivious exhibition of her genitals and pubic area. Located on his Toshiba Portable Storage Device, serial number 73OQP32PTVBH.

Gonzales admits he did so in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

3.  Gonzales admits and agrees that, on or about October 23, 2023, he did knowingly possess or attempt to possess a visual depiction that depicts a minor engaging in sexually explicit conduct and is obscene, which was produced using materials that had

been mailed, shipped, or transported using any means and facility of, or in and affecting interstate or foreign commerce, by any means, including by computer.

4.    Specifically, Gonzales admits that he possessed and attempted to possess the following visual depiction:

    a.    File name: C9c8af73e98eb6e10491edc4246e9df6.mp4. A video that is 59 seconds long of a nude male and female engaged in sexual intercourse. The defendant modified and adapted the video. The defendant superimposed a minor's face onto the female's body in the video. The video appears to depict a minor, between the ages of eight and twelve years old, engaged in sexual intercourse with an adult male. Located on his Toshiba Portable Storage Device, serial number 73OQP32PTVBH.

Gonzales admits he did so in violation of Title 18, United States Code, Sections 1466A(b)(1) and 2252A(b)(2).

5.    On March 22, 2024, the Abilene Police Department (APD) received a CyberTip, from the National Center for Missing and Exploited Children (NCMEC) that an Adobe user uploaded 9 files that contained suspected child sexual abuse material (CSAM), on March 19, 2024. Adobe Inc., specifically the Revel Lightroom product, made the report. Adobe Lightroom (officially Adobe Photoshop Lightroom) is an image organization and image-processing software developed by Adobe.

6.    Subpoena results revealed that the account belonged to Gonzales, who lives in Anson, Texas, in the Abilene Division of the Northern District of Texas.

7.    On July 16, 2024, a state judge approved an arrest and search warrant for Gonzales. On July 18, 2024, agents conducted the search warrant. Gonzales was present. Gonzales was read his *Miranda* warning. Gonzales waived his *Miranda* rights and agreed to answer questions.

8.    Gonzales told agents that he is a janitor, a freelance photographer, and has photographed minors in the Anson school district since 2008. Gonzales admitted to viewing child pornography.

9.    Gonzales also admitted to using Adobe, Photoshop, and AI-powered applications to generate pornographic content of former students, current students, and other individuals. Gonzales provided specific names for some of the victims. Gonzales initially admitted he modified photos of Child Victim 1, Child Victim 2, and Child victim 3, who are current students.

10.    Gonzales gave consent to search his vehicle, which contained multiple other storage devices and a laptop. The devices include a Toshiba Portable Storage Device, serial number 73OQP32PTVBH and a Samsung S22 Ultra, IMEI 350962378339300. After a forensic analysis of the devices, agents located videos and images of children from the school district that were nude or engaged in sexually explicit conduct. In essence, Gonzales took minor students' pictures and adapted or modified them to appear that they were engaged in sexually explicit conduct. Agents located 8 videos and images on Gonzales's devices that are listed in the indictment and above in paragraph 2(a-h). All the child victims named in Count 1 of the indictment are minors, under the age of 18 years old, and Gonzales knew that they were minors.

Daril Martin Gonzales
Factual Resume—Page 8

11. On the Toshiba Portable Storage Device, serial number 73OQP32PTVBH, agents also located the obscene visual depiction listed in the indictment and above in paragraph 4(a). That visual depiction shows a minor engaging in sexually explicit conduct (as detailed above), Gonzalez knew the general nature of the contents of that visual depiction when he possessed it, and Gonzalez agrees that this visual depiction was obscene.

12. Gonzales agrees he committed all the essential elements of Count One and Count Two of the Indictment. This factual resume is not intended to be a complete accounting of all the facts and events related to the offenses charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support Gonzales's guilty plea to Count One and Count Two of the Indictment.

**[Space intentionally left blank]**

13.     Gonzales further waives and abandons any and all right, title, claim or interest, he may have in all property seized during the investigation and leading to the Indictment in this case, specifically a Toshiba Portable Storage Device, serial number 73QQP32PTVBH and a Samsung S22 Ultra, IMEI 350962378339300.

AGREED TO AND STIPULATED on this 30 day of January, 2024 5

LEIGHA SIMONTON
UNITED STATES ATTORNEY

WHITNEY OHLHAUSEN
Assistant United States Attorney
Arkansas State Bar No. 2017137
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6700
E-mail: whitney.ohlhausen@usdoj.gov

DARIL MARTIN GONZALES
Defendant

1 - 23 - 25
Date

JACOB AUSTIN BLIZZARD
Attorney for Defendant

1/23/25
Date

Daril Martin Gonzales
Factual Resume—Page 10